### ALSOP v. HALL.

Where a mortgage is made defeasible upon paying a sum of money on demand, the mortgagor has no longer time than his life to pay it in.

ACTION of trespass. Plea not guilty. Issue to the jury. The question was upon the title. Abijah Hall, now deceased, on the 9th of December A. D. 1785, mortgaged the land to the plaintiff, by deed of that date, defeasible upon his paying

to her the sum of £181 1s. 10d. lawful money upon demand, with the interest. Said Abijah remained in the possession until March, A. D. 1788, when he died; the defendant being his son and heir, also administrator on his estate, entered upon the land and took the profits and cut the timber.

Plea — Not guilty. Issue to the jury. Verdict for the plaintiff upon the third consideration. The plaintiff's title was the mortgage deed aforesaid. The defendant claimed as heir and administrator to his father Abijah Hall.

By the COURT. The said Abijah could have no longer time than his life to pay the money, upon his death the money not being paid, the title of the plaintiff became absolute at law, and the defendant has no title at law either as heir or administrator to said Abijah.